IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT RAY ZABRISKIE,

    Plaintiff,

v.                                          CASE NO. 4:05-cv-00262-MP-AK

JUDGE ANSTEAD, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint (doc. 1) be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. 1915(e)(2)(B)(ii). No objections have been filed and the time for doing so has passed. Additionally, Plaintiff has failed to keep the Court apprise of his address and the Report and Recommendation was returned undeliverable. The Court agrees that the defendants are absolutely immune from the claims brought by plaintiff. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED as failing to state a claim pursuant to 28 U.S.C. 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

    **DONE AND ORDERED** this *20th* day of June, 2006

                                        *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge